IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CECILIA QUILLIN,<br><br>Plaintiff,<br>v.<br><br>NEXSTAR BROADCASTING, INC., fka NEXSTAR MEDIA, INC., a Delaware corporation; THOMAS KEELER, an individual; and CASEY WAAGE, an individual,<br><br>Defendants. | Case No.: 3:25-cv-01810-JR<br><br>ORDER |

**Adrienne Nelson, District Judge:**

United States Magistrate Judge Jolie A. Russo issued a findings and recommendation ("F&R") in this case on October 15, 2026, ECF 42. Judge Russo recommended that this Court grant defendants' motion to dismiss, ECF 37, with leave to amend within thirty days. No party has filed objections. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). For the reasons stated below, the Court ADOPTS the F&R in full. Plaintiff's complaint is DISMISSED without prejudice and with leave to amend.

A district court judge may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). In the absence of objections, no review is required, and no standard of review is prescribed. *Thomas v. Arn*, 474 U.S. 140, 152-54 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). Nonetheless, a district court judge is not precluded from reviewing the report sua sponte under a de novo standard or any other standard of review. *Thomas*, 474 U.S. at 154; *Decker v. Berryhill*, 856 F.3d 659, 663 (9th Cir. 2017). Courts in this district have followed the Advisory Committee's recommendation that, when no timely objection is filed, findings and recommendations be reviewed for "clear error on the face of the record." Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment; *see, e.g.*, *Hayden v. United States*, 147 F. Supp. 3d 1125,

1127 (D. Or. 2015) (following the recommendation of the Advisory Committee and reviewing magistrate judge's findings and recommendation for "clear error on the face of the record.").

Because no party in this case has made objections, this Court reviews Judge Russo's findings and recommendation for clear error on the face of the record. Finding no such error, the Court ADOPTS the F&R, ECF 42, in full; and thereby GRANTS defendants' motion to dismiss, ECF 37, and DISMISSES plaintiff's complaint without prejudice and with leave to amend. Any amended complaint is due within thirty (30) days of the date of this Order, or by December 10, 2026.

IT IS SO ORDERED.

DATED this 10th day of November, 2026.

Adrienne E Nelson

Adrienne Nelson
United States District Judge